JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CARLOS DANILO BARRERA,

                    Petitioner,

          v.

KRISTI NOEM et al.,

                    Respondents.

Case No. 5:26-cv-00531-MEMF-SK

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in petitioner's ex parte application for temporary restraining order granted by the district court on February 13, 2026.

DATED: March 30, 2026

_____
STEVE KIM
United States Magistrate Judge